IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | Chapter 13 |
| | : | |
| **JOSEPH M. MAHONEY, JR** | : | Case No.   **10-28630-JKF** |
| | : | |
| Debtor | : | Doc No. |

## EMPLOYEE INCOME RECORD

| Date | 7/1/2010 | 8/1/2010 | 9/1/2010 | 10/1/2010 | 11/1/2010 | 12/1/2010 |
|---|---|---|---|---|---|---|
| Business | $ 4,000.00 | $ 4,000.00 | $ 4,000.00 | $ 4,000.00 | $ 4,000.00 | $ 4,000.00 |
| Total | $ 4,000.00 | $ 4,000.00 | $ 4,000.00 | $ 4,000.00 | $ 4,000.00 | $ 4,000.00 |

/s/ Michael S. Geisler

DATED:   12/30/2010

_____

**MICHAEL S. GEISLER, ESQUIRE**

410 Jonnet Building
Monroeville, PA 15146

Tele: (412) 372-2513
Pa. I.D. No. 39414